UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDGER ALEXANDER, et al., | Case No.: CV 14-5645 CBM (SSx) |
| Plaintiff, | Complaint Filed: July 21, 2014 |
| v. | **JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE [JS-6]** |
| CITY OF LOS ANGELES and DOES 1 through 10, | |
| Defendant. | Courtroom: 2 – Spring Street |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has reviewed Judge George H. King's Judgment and Order Re: Approval of Settlement Agreement Judgment And Dismissal with Prejudice, attached as Exhibit "A" to the City's Notice of Lodging. Judge King's Judgment and Order approved the settlement agreement between the City of Los Angeles and twenty individual plaintiffs, including Plaintiff Fredger Alexander ("Settlement Agreement"), attached as Exhibit "B" to the Notice of Lodging.

///

///

///

///

4431452.1  LO160-065

| | |
|---|---|
| 1 | 2. In accordance with Judge King's Order, Judgment is hereby entered in |
| 2 | this action and the action is hereby dismissed in its entirety with prejudice. |

Dated: November 23, 2015

_____

HON. CONSUELO B. MARSHALL
United States District Judge